**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jerry Jerome Davis, Appellant.

Appellate Case No. 2020-000608

———————————

Appeal From Cherokee County
R. Keith Kelly, Circuit Court Judge

———————————

Unpublished Opinion No. 2021-UP-413
Submitted November 1, 2021 – Filed November 17, 2021

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Joanna Katherine Delany, of
Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole, and Pardon Services, of Columbia,
for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.